United States District Court
Middle District of Florida
Orlando Division

Glaze Supply Company, Inc.,

*Plaintiff*

v.

Canyon Power Solutions, LLC and Berkley Insurance Company,

*Defendants*

Case No. 6:21-cv-1841-ACC-GJK

## Joint Motion for Stay

Defendants Canyon Power Solutions, LLC and Berkley Insurance Company (collectively, "Defendants"), appearing specially and without waiving any defenses including lack of personal jurisdiction, improper venue, and/or any other defenses available under Rule 12, and Plaintiff Glaze Supply Company, Inc. ("Glaze") (collectively, the "Parties") hereby respectfully move this Court to stay this litigation, and state the following in support:

1. A related action, *Glaze Supply Company, Inc. v. Sayers Construction, LLC and Mark Sayers*, Case No. 4:21-CV-00173-MHC, is pending in the United States District Court for the Northern District of Georgia, Rome Division (the "Related Action").

2. The parties to the Related Action entered into a Forbearance and Settlement Agreement ("Settlement Agreement") and moved for entry of

Agreed Final Judgment in the Related Action pursuant to the Settlement Agreement.

3. The Settlement Agreement provides that Glaze shall cause this action to be dismissed with prejudice within five business days of payment satisfaction, with the final payment date occurring on December 5, 2022.

4. The Parties respectfully request a stay of this action through December 15, 2022 to enable performance of the Settlement Agreement.

5. This request is not made for purposes of delay, but so that the Parties may resolve their dispute without further litigation.

WHEREFORE, the Parties respectfully request that this Court exercise its discretion and grant a stay of this action through December 15, 2022 pending performance of the Settlement Agreement.

## AGREED AS TO FORM

 /s/ *Crystal Broughan*                          /s/ *Ryan Owen*

Crystal T. Broughan
Florida Bar No.: 863343

**MARKS GRAY, P.A.**
Post Office Box 447
Jacksonville, Florida 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
Primary Emails:
cbroughan@marksgray.com
jpopovici@marksgray.com

**Counsel for Defendants Canyon Power Solutions, LLC and Berkley Insurance Company**

Ryan Owen
Florida Bar No. 0029355
Drew F. Chesanek
Florida Bar No. 0115933

**ADAMS AND REESE LLP**
1515 Ringling Boulevard, Suite 700
Sarasota, Florida 34236
Telephone: (941)316-7600
Primary: ryan.owen@arlaw.com
Primary: drew.chesanek@arlaw.com
Secondary: deborah.woodson@arlaw.com

*Counsel for Plaintiff*

## Certificate of Service

    I certify that on November 22, 2021 a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which sent a Notice of Electronic Filing via email to all counsel of record.

/s/ *Crystal Broughan*

Crystal T. Broughan
Florida Bar No.: 863343
**MARKS GRAY, P.A.**
Post Office Box 447
Jacksonville, Florida 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
Primary Emails:
cbroughan@marksgray.com
jpopovici@marksgray.com

**Counsel for Defendants Canyon Power Solutions, LLC and Berkley Insurance Company**